CITY BANK FARMERS TRUST COMPANY et al., as Trustees, Respondents, *v.* EUGENE T. CANNON et al., Defendants, and WILLIAM B. LEVET, as Successor Guardian ad Litem for CHARLES A. CANNON, JR., et al., Infants, Defendants-Appellants.

Submitted November 13, 1944; decided November 22, 1944.

Motion by appellants for reargument and to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 291 N. Y. 125.)